UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23-cv-00708-TJH-KES                                        Date: May 23, 2023

Title:      *Harold Tidwell v. LA County Jail Employees, et al.*

Present:  <u>The Honorable TERRY J. HATTER, U.S. District Judge</u>

| <u>        Yolanda Skipper        </u> | <u>        Not Reported        </u> |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FULL FILING FEE OR FILE A FULLY COMPLETED REQUEST FOR *IN FORMA PAUPERIS* STATUS

Plaintiff failed to pay the filing fee or file a fully completed CV-60P form, as ordered on March 20, 2023.

Accordingly, Plaintiff's request to proceed *in forma pauperis* is **DENIED,** and this action is **DISMISSED** without prejudice.

IT IS SO ORDERED.